IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | |
|---|---|
| ROHN M. WEATHERLY | § |
| VS. | §   CIVIL ACTION NO. 9:23-cv-163 |
| DIRECTOR, TDCJ-CID | § |

MEMORANDUM OPINION AND ORDER REGARDING VENUE

Petitioner Rohn M. Weatherly, an inmate confined within the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se*, filed this Petition for Writ of Habeas Corpus.

Petitioner is challenging a conviction resulting from a plea of guilty in the 371st District Court of Tarrant County, Texas. He states that as a result of the conviction he was sentenced to 15 years of imprisonment.[1]

Petitioner filed this petition for writ of habeas corpus in the federal judicial district where he is confined. Pursuant to 28 U.S.C. § 2241(d), a petitioner may bring a habeas petition in the federal judicial district in which he was convicted or in the district where he is incarcerated. Section 2241(d) further provides that a court may transfer the action to the other district in the furtherance of justice.

Petitioner states he was convicted in Tarrant County, Texas. Pursuant to 28 U.S.C. § 124, Tarrant County is in the Fort Worth Division of the United States District Court for the Northern District of Texas. As all records and witnesses involving petitioner's criminal conviction may be located in the Northern District, the transfer of this action to such district would further justice. It is therefore

---

[1] Petitioner also challenged the failure of the Texas Board of Pardons and Paroles to release him on special parole and the failure to reduce his sentence based on the number of work credits he has earned. Those claims have been severed into new petitions (doc. #2).

**ORDERED** that this case is **TRANSFERRED** to the Fort Worth Division of the United States District Court for the Northern District of Texas.

**SIGNED this the 29th day of January, 2024.**

_____
Christine L Stetson
UNITED STATES MAGISTRATE JUDGE